**United States District Court**
**Eastern District of Pennsylvania**

# NOTICE OF PROCEDURE TO CONSENT TO REFERENCE OF CIVIL ACTION OR PROCEEDING TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE

1. When authorized under 28 U.S.C. § 636(c), a magistrate judge may, if all parties consent, and if it is approved by the district judge to whom the case is assigned, conduct a civil action or proceeding, including a jury or non-jury trial or proceeding [Fed. R. Civ. P. 73(a); Local R. Civ. P. 72.1 III.(b)]. If all parties consent to reference of a civil action or proceeding to a magistrate judge, one will be assigned at random in accordance with this court's case assignment procedures.

2. A party is free to withhold consent to referral to a randomly assigned magistrate judge without adverse substantive consequences [Fed. R. Civ. P. 73(b)(2)].

3. No action eligible for arbitration will be referred to a magistrate judge until the arbitration has been concluded and trial *de novo* demanded [Local R. Civ. P. 53.2.7.].

4. The Court may, for good cause shown, on its own motion, or under extraordinary circumstances shown by any party, vacate a reference of a civil matter or proceeding to a magistrate judge [Fed. R. Civ. P. 73(b)(3)].

5. When a case is referred to a magistrate judge to conduct a civil action or proceeding, including the entry of final judgment, the final judgment may be taken to the United States court of appeals in the same manner as an appeal from any other judgment of a district court [Fed. R. Civ. P. 73(c)].

**JUAN R. SÁNCHEZ**
**CHIEF JUDGE**

**GEORGE WYLESOL**
**CLERK OF COURT**

***This Notice is being given pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local R.Civ. P. 72.1, 53.2.**