**United States District Court for the Eastern District of Pennsylvania**

**Michael Scofield, individually and on behalf of a class of all persons and entities similarly situated**

vs.

**CWPOH, Inc., doing business as Home Genius Exteriors**

______________________________________/

**CASE NO. 5:26-cv-08324-JLS**

**AFFIDAVIT OF SERVICE**

Commonwealth of Pennsylvania
County of Dauphin ss:

I, **John Shinkowsky**, a competent adult, being duly sworn according to law, depose and say that at **1:53 PM** on **11/02/2026**, I served **CWPOH, Inc., doing business as Home Genius Exteriors** at **Corporation Service Company, 5235 North Front Street, Harrisburg, PA 17110** in the manner described below:

- ☐ Subject personally served.
- ☐ Adult family member with whom said Subject resides. Relationship is ______________________.
- ☐ Adult in charge of Subject's residence who refused to give name and/or relationship.
- ☐ Manager/Clerk of place of lodging in which Subject resides.
- ☐ Agent or person in charge of Subject's office or usual place of business.
- ☑ **Danielle Fink, who is the Clerk of said entity.**
- ☐ Other:

a true and correct copy of **Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Designation Form; Notice of Procedure to Consent to Reference of Civil Action or Proceeding to a Randomly Assigned Magistrate Judge; Consent and Reference of a Civil Action to a Randomly Assigned Magistrate Judge; Notice of Availability of Court-Annexed Mediation** issued in the above captioned matter.

Description:
Sex: **Female** Skin: **White** Age: **41** Hair: **Blonde** Height: **5ft 07in** Weight: **160 lbs**

Sworn to and subscribed before me this
6 day of November ,2026.
Roslyn D Davenport
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Roslyn Davenport, Notary Public
Dauphin County
My commission expires September 11, 2028
Commission number 1452404

X [signature]
John Shinkowsky
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: - Our File#: **95915**

Law Firm: **Perrong Law LLC**
Address: **1669 Edgewood Road, Suite 218, Yardley, PA 19067**
Telephone: **(215) 225-5529**